IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNYIME DUFF and AUGUSTINE DUFF, Individually and Administrators of the Estate of Emediong Duff | : : : : | CIVIL ACTION |
| v. | : : | |
| PRECIOUS GEMS CHILD CARE | : | NO. 20-1222 |

## ORDER

**NOW,** this 9th day of March, 2020, upon consideration of the Notice of Removal (Document No. 1), it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.